**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JODI RENEE McQUAY**                                                                    **PLAINTIFF**

**v.**                              **NO. 3:12CV00098-BD**

**CAROLYN W. COLVIN,**
**Acting Commissioner, Social**
**Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum and Order filed on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed. Joni Renee McQuay's complaint is dismissed with prejudice.

DATED this 1st day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE